# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| | | |
|---|---|---|
| **1. Person Reporting** (last name, first, middle initial)<br><br>LANGSTAFF, THOMAS Q. | **2. Court or Organization**<br><br>DISTRICT COURT-MIDDLE DISTRICT GEORGIA | **3. Date of Report**<br><br>03/18/2020 |
| **4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>MAGISTRATE JUDGE (FT) | **5a. Report Type** (check appropriate type)<br><br>☐ Nomination ☐ Date<br>☐ Initial ☑ Annual ☐ Final<br><br>**5b.** ☐ Amended Report | **6. Reporting Period**<br><br>01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

201 W. BROAD AVENUE
ALBANY, GEORGIA 31701

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2010 | The remaining partner, ▓▓▓▓▓ has agreed to buy out Thomas Langstaff's interest in partnership |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LANGSTAFF, THOMAS Q. | 03/18/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

✔ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LANGSTAFF, THOMAS Q. | 03/18/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LANGSTAFF, THOMAS Q. | 03/18/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Individual Assets (H) | | | | | | | | | |
| 2. Flint Community Bank (cash) | C | Interest | M | T | | | | | |
| 3. Synovus Accounts (cash) | A | Interest | L | T | | | | | |
| 4. Bank of America common stock | A | Dividend | K | T | | | | | |
| 5. Deutsche GNMA Fund A | B | Int./Div. | L | T | | | | | |
| 6. Jackson Natl Life Ins (whole) | A | Interest | J | T | | | | | |
| 7. T Rowe Price Science & Technology (PRSCX) | D | Dividend | L | T | | | | | |
| 8. Luther Burbank Svgs Man Beach CD (550551EK7) | | None | K | T | Buy | 10/15/19 | K | | |
| 9. IRA #1 (H) | | | | | | | | | |
| 10. Fidelity - Capital Appreciation (FDCAX) | C | Dividend | K | T | | | | | |
| 11. Fidelity-Asset Manager 20% (FASIX) | A | Dividend | J | T | | | | | |
| 12. Fidelity-Europe (FIEUX) | B | Dividend | K | T | | | | | |
| 13. Fidelity-OTC Port (FOCPX) | A | Dividend | K | T | | | | | |
| 14. Fidelity Select Gold (FSAGX) | A | Dividend | J | T | | | | | |
| 15. Fidelity Select Chemicals (FSCHX) | | None | K | T | | | | | |
| 16. Fidelity Value (FDVLX) | A | Dividend | K | T | | | | | |
| 17. Fidelity-Capital & Income (FAGIX) | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LANGSTAFF, THOMAS Q. | 03/18/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. IRA #2 (H) | | | | | | | | | |
| 19. Fidelity-Int'l Discovery (FIGRX) | A | Dividend | K | T | | | | | |
| 20. Fidelity-Capital Appreciation (FDCAX) | C | Dividend | K | T | | | | | |
| 21. Fidelity-Stock Selector (FDSSX) | B | Dividend | K | T | | | | | |
| 22. Fidelity-Contrafund (FCNTX) | B | Dividend | L | T | | | | | |
| 23. Fidelity-Export & Multinational (FEXPX) | A | Dividend | K | T | | | | | |
| 24. Fidelity-Value (FDVLX) | A | Dividend | K | T | | | | | |
| 25. Fidelity-Short Term Bond (FSHBX) | A | Dividend | J | T | | | | | |
| 26. Fidelity-High Income (SPHIX) | A | Dividend | J | T | | | | | |
| 27. Fidelity-GNMA Fund (FGMNX) | A | Dividend | K | T | | | | | |
| 28. Fidelity-Mortgage Securities (FMSFX) | A | Dividend | K | T | | | | | |
| 29. IRA # 3 (H) | | | | | | | | | |
| 30. Fidelity-Balanced (FBALX) | A | Dividend | K | T | | | | | |
| 31. IRA #4 (H) | | | | | | | | | |
| 32. T. Rowe Price- New America Growth (PRWAX) | B | Dividend | K | T | | | | | |
| 33. IRA #5 (H) | | | | | | | | | |
| 34. T. Rowe Price Prime Reserve (PRRXX) | A | Interest | K | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| LANGSTAFF, THOMAS Q. | 03/18/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. T. Rowe Price Science and Technology (PRSCX) | C | Dividend | L | T | | | | | |
| 36. T. Rowe Price Mid Cap Value (TRMCX) | B | Dividend | K | T | | | | | |
| 37. T. Rowe Price Dividend Growth (PRDGX) | B | Dividend | L | T | | | | | |
| 38. T. Rowe Price International Stock (PRITX) | A | Dividend | K | T | | | | | |
| 39. T. Rowe Price New Asia (PRASX) | A | Dividend | K | T | | | | | |
| 40. IRA #6 (H) | | | | | | | | | |
| 41. T. Rowe Price- Science & Technology (PRSCX) | D | Dividend | M | T | | | | | |
| 42. T. Rowe Price- GNMA (PRGMX) | A | Dividend | K | T | | | | | |
| 43. T. Rowe Price- New Income (PRCIX) | A | Dividend | K | T | | | | | |
| 44. IRA #7 (H) | | | | | | | | | |
| 45. Merrill Lynch-Blackrock Global (MDLOX) | B | Dividend | K | T | | | | | |
| 46. Pimco Stockplus CL A (PSPAX) | C | Dividend | K | T | | | | | |
| 47. Stadion Tactical Defensive (ETFRX) | | None | J | T | | | | | |
| 48. Transamerica Asset Alloc Mod Growth (IMLLX) | A | Dividend | J | T | | | | | |
| 49. IRA #8 (H) | | | | | | | | | |
| 50. AMG Loomis Sayles Bond Fund (MGBIX) | A | Dividend | | | Sold | 03/19/19 | J | | |
| 51. American Centy Invt TR (ACBPX) | A | Dividend | | | Sold | 03/19/19 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LANGSTAFF, THOMAS Q. | 03/18/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Baird Fds Inc Agg Bd Fd I (BAGIX) | A | Dividend | J | T | Buy | 03/19/19 | J | | |
| 53. | | | | | Buy (add'l) | 07/25/19 | J | | |
| 54. Cohen & Steers Rlty Shares Inc (CSRSX) | A | Dividend | | | Sold | 07/25/19 | J | | |
| 55. Dodge & Cox Stock Fund (DODGX) | A | Dividend | J | T | Sold (part) | 07/25/19 | J | | |
| 56. Fidelity Advisor Strategic Inc (FSRIX) | A | Dividend | | | Sold | 03/19/19 | J | | |
| 57. Hartford Mult FDS Inc (HFMIX) | A | Dividend | J | T | | | | | |
| 58. American Funds Washington (WMFFX) | A | Dividend | J | T | | | | | |
| 59. MFS Global Real Estate Fund (MGLIX) | | None | | | Sold | 07/25/19 | J | | |
| 60. Mainstay FD High (MHYIX) | A | Dividend | J | T | Buy (add'l) | 07/25/19 | J | | |
| 61. MFS Emerging Mkts Debt (MEDIX) | A | Dividend | J | T | | | | | |
| 62. Met West Total Return Bond Fund (MWTIX) | A | Dividend | J | T | Buy (add'l) | 07/25/19 | J | | |
| 63. Champlain Funds Champlain Small Co (CIPNX) | A | Dividend | J | T | | | | | |
| 64. WF Small Company Growth (WSCGX) | A | Dividend | J | T | | | | | |
| 65. WF Emerging markets (EMGNX) | A | Dividend | J | T | | | | | |
| 66. American Europacific Growth (AEPFX) | A | Dividend | J | T | | | | | |
| 67. Oppenheimer Intl Bd Fd (OIBYX) | A | Dividend | J | T | | | | | |
| 68. PIMCO Fds Pac Invt Mgmt Ser Tot Ret I (PTTRX) | A | Dividend | J | T | Buy | 03/19/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| LANGSTAFF, THOMAS Q. | 03/18/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Buy (add'l) | 07/25/19 | J | | |
| 70. PIMCO Commodity Real Ret Strat (PCRIX) | A | Dividend | | | Sold | 07/25/19 | J | | |
| 71. Principal FDS Inc (PMDIX) | A | Dividend | J | T | | | | | |
| 72. T. Rowe Price Blue Chip Growth (TRBCX) | A | Dividend | J | T | | | | | |
| 73. Thornburg Income Builder (TIBIX) | A | Dividend | J | T | Sold (part) | 07/25/19 | J | | |
| 74. WF Special Mid Cap Value (WFMIX) | A | Dividend | J | T | | | | | |
| 75. IRA #9 (H) | | | | | | | | | |
| 76. Wells Fargo Bank Deposit Sweep (cash) (Y) | | | | | | | | | |
| 77. Abbvie (ABBV) | A | Dividend | | | Sold | 06/25/19 | J | | |
| 78. Altria Group (MO) | A | Dividend | | | Sold | 02/05/19 | J | | |
| 79. American Electric (AEP) | A | Dividend | J | T | | | | | |
| 80. Amgen Inc (AMGN) | A | Dividend | J | T | Buy | 02/05/19 | J | | |
| 81. AT&T Inc (T) | A | Dividend | J | T | | | | | |
| 82. Cisco (CSCO) | A | Dividend | J | T | | | | | |
| 83. Comcast Corp New (CMCSA) | | None | J | T | Buy | 12/12/19 | J | | |
| 84. Diageo PLC (DEO) | A | Dividend | J | T | | | | | |
| 85. Dominion Res Inc. (D) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LANGSTAFF, THOMAS Q. | 03/18/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86.  Dover Corp (DOV) | A | Dividend | J | T | | | | | |
| 87.  Dow Inc (DOW) | A | Dividend | J | T | Spinoff<br>(from line 90) | 06/03/19 | J | | |
| 88.  DuPont De Nemours Inc (DD) | A | Dividend | | | Spinoff<br>(from line 90) | 06/03/19 | J | | |
| 89. | | | | | Sold | 09/17/19 | J | | |
| 90.  DowDupont (DWDP) (Y) | | | | | | | | | |
| 91.  Exxon Mobil Corp (XOM) | A | Dividend | J | T | | | | | |
| 92.  General Dymanics (GD) | A | Dividend | J | T | | | | | |
| 93.  Genuine Parts (GPC) | A | Dividend | J | T | | | | | |
| 94.  Hasbro Inc (HAS) | A | Dividend | J | T | | | | | |
| 95.  Home Depot (HD) | A | Dividend | J | T | | | | | |
| 96.  Illinois Tool Works (ITW) | A | Dividend | J | T | | | | | |
| 97.  Intel Corp (INTC) | A | Dividend | J | T | | | | | |
| 98.  International Buisness Machines (IBM) | A | Dividend | J | T | | | | | |
| 99.  Johnson & Johnson (JNJ) | A | Dividend | J | T | | | | | |
| 100.  JPMorgan (JPM) | A | Dividend | J | T | | | | | |
| 101.  Kimberly Clark (KMB) | A | Dividend | J | T | | | | | |
| 102.  Lockheed Martin (LMT) | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| LANGSTAFF, THOMAS Q. | 03/18/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  M&T Bank (MTB) | A | Dividend | J | T | | | | | |
| 104.  Maxim Integrated (MXIM) | A | Dividend | J | T | | | | | |
| 105.  McDonalds (MCD) | A | Dividend | J | T | | | | | |
| 106.  Merk & Co Inc (MRK) | A | Dividend | J | T | | | | | |
| 107.  Microchip Tech (MCHP) (Y) | | | | | | | | | |
| 108.  Microsoft Corp (MSFT) | A | Dividend | J | T | | | | | |
| 109.  Nextrera Energy (NEE) | A | Dividend | J | T | | | | | |
| 110.  Nucor Corp (NUE) | A | Dividend | | | Sold | 01/23/19 | J | | |
| 111.  People's United Final (PBCT) | A | Dividend | J | T | | | | | |
| 112.  Pepsico Incorp (PEP) | A | Dividend | J | T | Buy (add'l) | 06/26/19 | J | | |
| 113.  Pfizer Inc (PFE) | A | Dividend | | | Sold | 08/14/19 | J | | |
| 114.  Phillips 66 (PSX) | A | Dividend | J | T | Buy (add'l) | 06/26/19 | J | | |
| 115.  Procter & Gamble (PG) | A | Dividend | J | T | | | | | |
| 116.  Southern Company (SO) | A | Dividend | J | T | | | | | |
| 117.  Starbucks Corp (SBUX) | A | Dividend | J | T | Buy | 08/14/19 | J | | |
| 118.  Target Corp. (TGT) | A | Dividend | J | T | | | | | |
| 119.  United Parcel Service (UPS) | A | Dividend | J | T | | | | | |

1 Income Gain Codes:  A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
  (See Columns B1 and D4)  F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2 Value Codes   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
  (See Columns C1 and D3)  N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3 Value Method Codes   Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
  (See Column C2)   U =Book Value   V =Other   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| LANGSTAFF, THOMAS Q. | 03/18/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. US Bancorp New (USB) | A | Dividend | J | T | | | | | |
| 121. Verizon Communications (VZ) | A | Dividend | J | T | | | | | |
| 122. Walgreens Boots Alliance (WBA) | A | Dividend | J | T | | | | | |
| 123. Waste Mgmt (WM) | A | Dividend | J | T | | | | | |
| 124. Welltower Inc (HCN) | A | Dividend | J | T | | | | | |
| 125. IRA #10 (H) | | | | | | | | | |
| 126. Blackrock Global Allocation Fund Inc - A Shares (MDLOX) | A | Dividend | J | T | | | | | |
| 127. Brokerage Account #1 (H) | | | | | | | | | |
| 128. Merrill Lynch Eaton Vance Tax Free Bond (ETGAX) | B | Dividend | L | T | | | | | |
| 129. Brokerage Account #2 (H) | | | | | | | | | |
| 130. AT&T (T) | | None | K | T | | | | | |
| 131. Coca-Cola Company (KO) | A | Dividend | J | T | | | | | |
| 132. Duke Energy Corp New (DUK) | A | Dividend | J | T | | | | | |
| 133. Enbridge Inc (ENB) (X) | | None | J | T | | | | | |
| 134. Southern Company (SO) | B | Dividend | L | T | | | | | |
| 135. Gabelli Utilities (GAUCX) | A | Dividend | J | T | | | | | |
| 136. Brokerage Account #3 (H) | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LANGSTAFF, THOMAS Q. | 03/18/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 137. Wells Fargo Franklin Income FD CL C (FCISX) | A | Dividend | J | T | | | | | |
| 138. WF Franklin Rising Div Cl C (FRDTX) | A | Dividend | K | T | | | | | |
| 139. WF Franklin Strategic Inc Rd Cl C (FSGCX) | A | Dividend | J | T | | | | | |
| 140. WF Mutual Series FD Inc Global Dis FD CL C (TEDSX) | A | Dividend | J | T | | | | | |
| 141. WF Templeton Global Bond CL C (TEGBX) | A | Dividend | J | T | | | | | |
| 142. Brokerage Account #4 (H) | | | | | | | | | |
| 143. Vanguard Balanced Index Admiral Shares (VBIAX) | A | Dividend | K | T | | | | | |
| 144. Vanguard Intern'l Growth Fund (VWIGX) | A | Dividend | J | T | | | | | |
| 145. Vanguard US Growth Inv Cl (VWUSX) | B | Dividend | K | T | | | | | |
| 146. Brokerage Account #5 (H) | | | | | | | | | |
| 147. First Eagle Sogen Global FD CL C (FESGX) | A | Dividend | J | T | Buy (add'l) | 04/23/19 | J | | |
| 148. Franklin Income FD Cl C (FCISX) | A | Dividend | J | T | | | | | |
| 149. Franklin Rising Div Cl C (FRDTX) | A | Dividend | J | T | | | | | |
| 150. Northern LTS FD TR III Good Harbor (GHUCX) | | None | J | T | | | | | |
| 151. Stadion Tact Def Fd (ETFZX) | A | Dividend | J | T | | | | | |
| 152. Brokerage Account #6 (H) | | | | | | | | | |
| 153. Putnam Income Cl A (PINCX) | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LANGSTAFF, THOMAS Q. | 03/18/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Putnam Capital Spectrum Cl A (PVSAX) | D | Dividend | K | T | | | | | |
| 155. Brokerage Account #7 (H) | | | | | | | | | |
| 156. Vanguard Balanced Index Admiral Shares (VBIAX) | A | Dividend | J | T | | | | | |
| 157. Vanguard Intern'l Growth Fund (VWIGX) | A | Dividend | J | T | | | | | |
| 158. Vanguard US Growth Inv Cl (VWUSX) | A | Dividend | J | T | | | | | |
| 159. 529 Account #1 (H) | | | | | | | | | |
| 160. Fidelity-NH Portfolio 2018 (NH2018909) | | None | | | Sold | 12/06/19 | L | | |
| 161. Fidelity - NH College Port (NH0000909) | | None | L | T | Buy | 12/06/19 | L | | |

| 1 | Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|---|
| | (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 | Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 | Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LANGSTAFF, THOMAS Q. | 03/18/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Vanguard US Growth Inv Cl (VWUSX) was formerly Vanguard Morgan Growth Fund (VMRGX).

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

| Name of Person Reporting | Date of Report |
|---|---|
| LANGSTAFF, THOMAS Q. | 03/18/2020 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ THOMAS Q. LANGSTAFF**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544